In the Matter of ANONYMOUS, an Attorney and Counselor-at-Law, Appellant. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Respondent.

Submitted November 21, 2011; decided January 10, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for a stay dismissed as academic.

ECHOSTAR SATELLITE L.L.C., Appellant, v ESPN INC. et al., Respondents.

Submitted November 28, 2011; decided January 10, 2012

Reported below, 85 AD3d 584.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

KENNETH ENTLER, Appellant, v ERIC KOCH et al., Defendants, and BOY SCOUTS OF AMERICA, Respondent.

Submitted November 21, 2011; decided January 10, 2012

Reported below, 85 AD3d 1098.

Motion, insofar as it seeks reargument of appellant's motion for leave to appeal from the June 2011 Appellate Division order, denied [see 17 NY3d 898 (2011)]; motion, insofar as it seeks leave to appeal from the November 2011 stipulation treated as a final judgment, denied.